IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adolpho Aros,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV 06-00340-PHX-MHM (GEE)<br><br>**ORDER** |

      Plaintiff, Adolpho Aros, filed his Civil Rights Complaint on January 27, 2006. (Dkt. #1). The same day the Court issued its "Notice of Assignment" advising Plaintiff that he "must file a Notice of Change of Address if your address changes" and that failure to comply "will result in your document being STRUCK and/or your case being DISMISSED." (Dkt. #2). On April 21, 2006, the Court issued a screening order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date." (Dkt. #4). On May 11, 2006, Defendant's waiver of service of process was returned by Plaintiff. (Dkt. #5). On June 30, 2006, Defendant filed his Motion to Dismiss. (Dkt. #6). On July 6, 2006, the Court issued an order instructing the Plaintiff to file a response by August 9, 2006. (Dkt. #7). On July 19, 2006, Plaintiff's copy of the July 6, 2006 order was returned as undeliverable. (Dkt. #8).

1     The Magistrate Judge filed her Report and Recommendation on August 22, 2006,
2 recommending that Plaintiff's case be dismissed for failure to prosecute pursuant to Rule
3 41(b) Fed.R.Civ.P. (Dkt. #9). Plaintiff's copy of the Report and Recommendation was again
4 returned as undeliverable. (Dkt.#10). In addition, Plaintiff has not filed any objections. <u>See</u>
5 <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (stating that
6 district court must review the Magistrate Judge's findings and recommendations de novo if
7 objection is made but not otherwise). The Court finds itself in agreement with the Report and
8 Recommendations of the Magistrate Judge.

9     **Accordingly,**

10     **IT IS HEREBY ORDERED** the Court adopts the Report and Recommendation of
11 the Magistrate Judge as the order of this Court. (Dkt. #9).

12     **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to prosecute
13 pursuant to Rule 41(b), Fed.R.Civ.P.

14     **IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment
15 accordingly.

16     DATED this 11th day of September, 2006.

_____
Mary H. Murguia
United States District Judge